SARGENT BARGE LINE, Inc., and Another, Libelants-Appellees, v. James C. DAVIS, as Director General, etc., Respondent-Appellant, and New Jersey Shipbuilding & Dredging Company, Respondent-Appellee.

(Circuit Court of Appeals, Second Circuit. May 21, 1926.)

No. 356.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and William J. Dean, both of New York City, of counsel), for appellant.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for libelants-appellees.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for respondent-appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (12 F.[2d] 784) affirmed.